OPINION — AG — A COUNTY MEDICAL EXAMINER APPOINTED PURSUANT TO THE PROVISIONS OF 63 O.S. 1963 Supp., 937 [63-937] (63 O.S. 1971 937 [63-937]) IS A " PERSON HOLDING AN OFFICE UNDER THE LAWS OF THE STATE " WITHIN THE PURVIEW OF 51 O.S. 1961 6 [51-6], AND MAY NOT, DURING HIS TERM OF OFFICE " * * * HOLD ANY OTHER OFFICE OR BE THE DEPUTY OF ANY OFFICER HOLDING ANY OFFICE, UNDER THE LAWS OF THE STATE * * * " (DUAL OFFICE HOLDING) CITE: OPINION NO. 63-325, OPINION NO. 63-225 (HARVEY CODY)